UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 15, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DYVON DESHAWN JOHNSON,

    Defendant.

Case No.  2:25-mj-00128-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DYVON DESHAWN JOHNSON, Case No. 2:25-mj-00128-JDP, Charge 18 U.S.C. § 3142 (Violation of Pretrial Release), from custody for the following reasons:

   **X**   Release on previously imposed pretrial release conditions.

        Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

   **X**   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 15, 2025 at 2:40 p.m.

        By: _____
             Magistrate Judge Jeremy D. Peterson